UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
PRO SE OFFICE
2024 JUN 17 AM 9: 33

_Jermaine Jevon Howard_

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

_Sean "P-Diddy, Puff" Combs, Bad Boy Records, Bad Boy Entertainment, Arista Records_

## COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☒  **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Jermaine Howard_____, is a citizen of the State of
(Plaintiff's name)

_New York_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Sean Combs_____, is a citizen of the State of
            (Defendant's name)

_California_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Jermaine_____    _J_____    _Howard_____
First Name                Middle Initial    Last Name

_1035 Beach Rd #D2_____
Street Address

_Erie, Buffalo_____    _NY_____    _14225_____
County, City                State          Zip Code

_(716) 436-9009_____    _jhoward4@buffalo.edu_____
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Sean _____ Combs _____
First Name       Last Name

Music Executive (Bad Boy Records, Entertainment)
Current Job Title (or other identifying information)

200 S. Mapleton Dr
Current Work Address (or other address where defendant may be served)

LA, Los Angeles       Ca.       90077
County, City       State       Zip Code

Defendant 2:

Arista _____ Records _____
First Name       Last Name

Business
Current Job Title (or other identifying information)

aristarecordings.com
Current Work Address (or other address where defendant may be served)

Santa Clara       Ca.       98105
County, City       State       Zip Code

Defendant 3:

_____       _____
First Name       Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____       _____       _____
County, City       State       Zip Code

Page 4

Defendant 4: _____

First Name                        Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Buffalo, NY

Date(s) of occurrence: 9/93 — 8/98

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and what each defendant personally did or failed to do that harmed you. Attach
additional pages if needed.

I was performing open mic shows at a venu named
the Imporia located in Buffalo, NY on Elmwood Ave near
W. Utica St. I was asked to the back where it
was a studio and was approached about writing
a song for one of his artists by "Puff." Puff said,
he wanted me to write a song to an 80's groove.
I said, I would try. I began writing and performing
a song Puff named, "Juicy" which Notorius B.I.G.
performed/recorded and exploited. I was never
compensated for my copyright ownership which "Puff"
stated, I had through recordings and U.S. Copyright Office
Registration. This was in 9/1993. At this time,
I was attacked in the studio after signing
Contracts and documents for copyrights by

Page 5

"Puffy" and other gentleman. At one instance, my face plate was in a plate of Cocaine about 4 ounces and "Puffy" was saying "Breathe Bitch". "Puffy" in 1994, apologized to my mom at my residence and asked me to do more music with him. I wrote two songs, "You Use to Love Me" and "Come over" Faith Evans an artist of "Puffy's" exploited these copyrights. I am owed at least acount and Divide for these three copyright Violations by way of neglect

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I did go to the hospital ECMC for the incident when I was violently attacked because "Puffy" and his body-guard Wolfe Slammed my head into an industrial oven, 9/1993.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am owed because I have joint copyright ownership for authoring songs, "Juicy", "You Use to Love Me" and "Come Over" and any other damges the Court Sees fit.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

6/10/2024
Dated

Plaintiff's Signature

Jermaine                    Jevon                    Howard
First Name              Middle Initial         Last Name

1035 Beach Rd #D2
Street Address

Erie, Buffalo                    NY                    14225
County, City                    State                    Zip Code

(716) 436-9009
Telephone Number

jhoward4@buffalo.edu
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.