

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

2024 JUN 17 AM 9:35

Richard Russell Federal Bldg.   Telephone: (404) 581-6000
75 Ted Turner. Dr. S.W.,   Fax: (404) 581-6181
Suite 600
Atlanta, Georgia 30303

# CIVIL RIGHTS COMPLAINT FORM

Thank you for contacting the U.S. Attorney's Office. Our office is responsible for enforcing the federal civil rights laws within the Northern District of Georgia. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws.

Please complete this form in its entirety. Please be specific so that we can determine if federal jurisdiction exists, and if so, which federal agency would be best for you to contact for further assistance.

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| Jermaine Jevon Howard | Sean "P-Diddy, Puffy" Combs et al |
| Name | Name |
| 1035 Beach Rd #D2 | 1710 Broadway |
| Address | Address |
| D2 | |
| Address (Line 2) | Address (Line 2) |
| Buffalo, NY  14225 | New York, NY  10019-5254 |
| City, State / Zip Code | City, State / Zip Code |
| Erie | Manhattan |
| County | County |
| (716) 436-9009 | (212) 381-1540 |
| Phone | Phone |

**Nature of alleged Civil Rights Violation:**
- [ ] Abortion Clinic Access
- [ ] Credit/ Lending Opportunities
- [ ] Disability Rights or Access
- [ ] Educational Opportunities
- [ ] Employment Discrimination
- [ ] Hate Crime
- [ ] Housing Discrimination
- [ ] Human Trafficking
- [ ] Law Enforcement Misconduct
- [ ] Military/Veteran Status
- [ ] Prisoner or Institutionalized Person Rights
- [ ] Religious Land Use
- [ ] Voting Rights
- [X] Other: Copyright

**What do you believe was the reason for the discrimination?**
[ ] Disability  [ ] National Origin  [ ] Race  [ ] Religion  [ ] Sexual Orientation  [X] Other: Neglect

Page 2

Please clearly describe the violations of the civil rights laws that you would like to bring to our attention. Please include copies of supporting documentation, but DO NOT send original documents:

I was not compensated for songs I authored for Sean "Puffy" Combs that we jointly owned copyrights for that Sean Combs artist Faith Evans exploited through recording, sale and distribution. Sean "Puffy" Combs has violated me by assaulting me with bodyguard "Wolfe" at an open Mic located in a venue in Buffalo, NY the reasoning I was intimidated to file complaint. "Puffy" placed my face in a plate of cocaine, Him and Wolfe rammed my head into an industrial oven <Attach additional page(s) if necessary>

Are you represented by an attorney in this matter? [ ] Yes [X] No    If yes, please provide name of attorney, address and phone number.

Name_____    Phone_____

Address_____

Have you filed a lawsuit concerning this matter? [ ] Yes [X] No    If yes, please provide the case name, court in which the case was brought, and the status of the case.

Have you filed a complaint about this matter with any other federal, state, or governmental agency? [ ] Yes [X] No    If yes, please list the agency, contact person, phone, and status of the complaint.

Page 3

---

Although the volume of information we receive from concerned members of the public prevents us from responding to every complaint we receive, be assured that we will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and, if so, whether this Office has enforcement authority with respect to such a violation. If we determine that your letter raises a potential violation of federal civil rights law that would be within the jurisdiction of this Office to investigate and that further information from you is necessary for our investigation, you will be contacted.

---

***SUBMITTING A COMPLAINT TO THIS OFFICE HAS NO EFFECT ON ANY STATUE OF LIMITATIONS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE. BY SUBMITTING THIS COMPLAINT YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF. IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED AND YOU INTEND TO SUE FOR MONEY OR OTHER RELIEF, YOU SHOULD CONTACT A PRIVATE ATTORNEY. ***

Signature: _[signature]_    Date: 5/25/2024

Send this complaint form to the following address:

**U.S Attorney's Office**
**Public Integrity and Civil Rights Section**
**Attention: Civil Rights Coordinator**
**Richard Russell Federal Building**
**75 Ted Turner Dr., S.W., Suite 600**
**Atlanta, Georgia 30303**

Jermaine Howard
635 Beach Rd #D2
Buffalo, NY 14225

RECEIVED
JUN 13 2024
CLERK'S OFFICE
S.D.N.Y.

U.S. District Court Southern District
Clerk's Office
500 Pearl St.
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2024 JUN 17 AM 9: 34

Retail
RDC 99
10007

U.S. POSTAGE
FCM L
BUFF
JUN 1
$2.
R2304